# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4685

_____

MICHAEL WILLIS,

Appellant,

v.

STATE OF FLORIDA, JULIE L.
JONES, Secretary, FLA. DEPT. OF
CORRECTIONS

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.

August 24, 2018

PER CURIAM.

Affirmed.

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Willis, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kenneth S. Steely, Assistant Attorney General, Tallahassee, for Appellee.